THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW A. WHITE, Appellant, *v.* JAMES A. BETTS, as Justice of the Supreme Court, Respondent.

*People ex rel. White* v. *Betts,* 119 App. Div. 871; 120 App. Div. 895, appeal dismissed.
(Submitted November 25, 1907; decided November 26, 1907.)

APPEAL from two orders of the Appellate Division of the Supreme Court in the second judicial department, entered respectively April 19 and June 28, 1907, the first of which denied relator's motion for a peremptory writ of mandamus to compel defendant to dismiss a certain contempt proceeding and the second of which denied a motion to resettle the form of the order.

*A. D. Wales* for appellant.

*John J. Linson* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.